IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01123-PAB

PRECISION CONCRETE CUTTING, INC.,
a Utah corporation,

      Plaintiff,

v.

CONCRETE SIDEWALK SOLUTIONS, INC.,
d/b/a Sidewalk Shavers of Colorado, a Colorado corporation, and
J. SCOTT LAUDENSLAUGER, an individual,

      Defendants.
_____

**ORDER SETTING HEARING UNDER FED. R. CIV. P. 16**
_____

      This matter comes before the Court upon a Complaint filed by the Plaintiff alleging the infringement of a patent.  In light thereof, a hearing pursuant to Fed. R. Civ. P. 16 is appropriate.  It is

      ORDERED that:

      1.    A hearing is set for **September 13, 2011 at 1:00 p.m.** in Courtroom A701 at the United States Courthouse located at 901 19th Street, Denver, Colorado.  Counsel shall bring their calendars.  This is not a scheduling conference.  The parties should not submit a proposed scheduling order.

      2.    Prior to the hearing, the parties shall meet and confer about the following issues and be prepared to address them at the hearing:

- Whether there are issues of claim construction.
- Whether a hearing will be required under *Markman v. Westview Instruments, Inc.*, 517 U.S. 370 (1996).

- If *Markman* hearing is required, whether discovery is necessary prior to such hearing. If so, what discovery is required. (This hearing does not substitute for a scheduling conference before the Magistrate Judge.)
- Whether there are any other issues or impediments to the setting of a *Markman* hearing.
- Other appropriate issues enumerated in Fed. R. Civ. P. 16(c).

DATED July 13, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge