IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01123-PAB-MEH

PRECISION CONCRETE CUTTING, INC., a Utah corporation,

    Plaintiff,

v.

CONCRETE SIDEWALK SOLUTIONS, INC., d/b/a Sidewalk Shavers of Colorado, a Colorado corporation, and
J. SCOTT LAUDENSLAUGER, an individual,

    Defendants,

v.

AARON OLLIVIER, an individual,

    Counter Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 26, 2011.**

    Pursuant to Defendants' request in the Stipulated Motion for Adoption of Protective Order [docket # 61], Defendants' Motion for the Adoption of the Protective Order from Suit One [filed October 12, 2011; docket #57] is hereby **withdrawn**.