IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01123-PAB-MEH

PRECISION CONCRETE CUTTING, INC., a Utah corporation,

      Plaintiff,

v.

CONCRETE SIDEWALK SOLUTIONS, INC., d/b/a Sidewalk Shavers of Colorado, a Colorado corporation, and
J. SCOTT LAUDENSLAUGER, an individual,

      Defendants,

v.

AARON OLLIVIER, an individual,

      Counter Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 28, 2011.**

      The Stipulated Motion for Adoption of Protective Order [filed October 25, 2011; docket #61] is **granted in part and denied in part**.[1]  The proposed Protective Order is accepted as modified, issued and filed contemporaneously with this minute order.

---

[1] The Court declines to adopt the language previously stricken by Magistrate Judge Mix, as requested by the Parties' Motion.