IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01123-PAB-MEH

PRECISION CONCRETE CUTTING, INC.,
a Utah corporation,

    Plaintiff/Counterclaim Defendant,

v.

CONCRETE SIDEWALK SOLUTIONS, INC.,
d/b/a Sidewalk Shavers of Colorado, a Colorado corporation, and
J. SCOTT LAUDENSLAUGER, an individual,

    Defendants/Counterclaim Plaintiffs,

v.

AARON OLLIVIER,

    Counterclaim defendant.

## ORDER

This matter is before the Court on Defendants' Motion to Dismiss All Plead Claims and Counterclaims Pursuant to Federal Rule of Civil Procedure 41 and the Parties' Settlement Agreement [Docket No. 74]. The Court has reviewed the pleading and is fully advised in the premises. Upon the consent of the parties, and in light of the settlement reached in this case, it is

**ORDERED** that Defendants' Motion to Dismiss All Plead Claims and Counterclaims Pursuant to Federal Rule of Civil Procedure 41 and the Parties' Settlement Agreement [Docket No. 74] is **GRANTED**. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all of defendants' claims and counterclaims are dismissed with prejudice.

DATED November 29, 2011.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge