IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01123-MEH

PRECISION CONCRETE CUTTING, INC., a Utah corporation,

    Plaintiff,

v.

CONCRETE SIDEWALK SOLUTIONS, INC., d/b/a Sidewalk Shavers of Colorado, a Colorado corporation, and
J. SCOTT LAUDENSLAUGER, an individual,

    Defendants,

v.

AARON OLLIVIER, an individual,

    Counter Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 20, 2011.**

    The Joint Motion for Order for Administrative Closure [filed December 16, 2011; docket #89] is **granted**. Pursuant to D.C. Colo. LCivR 41.2, the Clerk of the Court is directed to administratively close the case subject to reopening for good cause.